E-FILED
Thursday, 15 September, 2011 10:13:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES C THOMAS PUBLISHER, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. KAPPY, DAVID B. ALLEN, MITCHELL E. GEFFNER, and THE McGRAW-HILL COMPANIES, INC., <br><br> Defendants. | Civil Action No. 3:11-cv-03147-SEM-BGC |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

NOW COMES Plaintiff, Charles C Thomas Publisher, Ltd., by and through its attorneys, Sorling, Northrup, Hanna, Cullen and Cochran, Ltd, James G. Fahey of Counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Plaintiff's claims against all Defendants with prejudice, due to a settlement of the vigorously disputed claims without admission of liability by the Defendants as to the claims. No Defendant has filed any responsive pleadings in this matter. All parties shall be responsible for their own court costs and attorneys fees.

Charles C Thomas Publisher, LTD, Plaintiff

By: /s/ James G. Fahey
One of Its Attorneys

Sorling, Northrup, Hanna,
    Cullen & Cochran, Ltd.
James G. Fahey, of Counsel
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone: 217/544-1144
e-mail: jgfahey@sorlinglaw.com

{S0788197.1 9/14/2011 JGF JGF}